HONORABLE MAGISTRATE JUDGE JAEMS A. GOEKE

Nicole E. Demmon, WSBA #45322
Gordon & Rees, LLP
701 5th Avenue, Suite 2100
Seattle, Washington  98104
Phone: (206) 695-5159
Fax: (206) 689-2822
ndemmon@gordonrees.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| JEREMY CARLSON,<br><br>      Plaintiff,<br><br> vs.<br><br>COLUMBIA GRAIN INTERNATIONAL, LLC,<br><br>      Defendant. | NO.  4:23-cv-05014<br><br>**NOTICE OF APPEARANCE** |
|---|---|

TO:        THE CLERK OF THE COURT;

AND TO:   PLAINTIFF and his counsel:

 Please take notice that Nicole E. Demmon of Gordon Rees Scully Mansukhani, LLP hereby enters her appearance as counsel of record for Defendant Columbia Grain International, LLC for all purposes, without waiving objections as to improper service or jurisdiction, in the above-captioned proceeding. The undersigned requests that all further papers and pleadings, except original process, be served upon her at the address below.

NOTICE OF APPEARANCE (NED) - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:
Facsimile: (206) 689-2822

1  Dated: March 1, 2023

GORDON REES SCULLY MANSUKHANI, LLC

By: *s/ Nicole E. Demmon*
    Nicole E. Demmon, WSBA #45322
    ndemmon@grsm.com

Attorney for Defendant Columbia Grain International, LLC.
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5139

NOTICE OF APPEARANCE (NED) - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone:
Facsimile: (206) 689-2822

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification to the following:

    Adam R. Pechtel
    adam@pechtellaw.com
    *Attorney for Plaintiff*

DATED March 1, 2023

                                        By: *s/Dot Brooks*
                                                  Dot Brooks, Legal Assistant
                                                  dbrooks@grsm.com

NOTICE OF APPEARANCE (NED) - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:
Facsimile: (206) 689-2822