FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY CARLSON,<br><br>             Plaintiff,<br><br>  -vs-<br><br>COLUMBIA GRAIN INTERNATIONAL, LLC,<br><br>             Defendant. | No.   4:23-CV-5014-JAG<br><br>ORDER |

**BEFORE THE COURT** is the parties' Stipulated Motion to Dismiss. ECF No. 13. The parties ask that the case be dismissed with prejudice, and without costs or attorneys' fees to either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 13,** is **GRANTED**.

2. The case is **DISMISSED with prejudice**, without costs or attorneys' fees to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** this file.

DATED August 4, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1